**Entered on Docket**
**January 08, 2010**

_Bruce A. Markell_
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
America's Servicing Company
09-75339

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re:

John Campbell and Carolyn Campbell

                    Debtor(s).

BK-09-22864-bam

Date: 12/1/09
Time: 1:30pm

Chapter 13

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings will be vacated on February 1, 2010 and extinguished for all purposes as to Secured Creditor America's Servicing Company, its assignees and/or successors in interest, of the subject property, generally described as 457 Leighann Rd., Henderson, NV 89015, and legally described as follows:

Lot 55 in Block 11 of EAGLE CREST PHASE 1, as shown by Map thereof on file in Book 50, of Plats, page 49 in the office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

2

withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

3

the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured

4

Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

5

DATED this _____ day of _____, 2009.

6

Submitted by
**WILDE & ASSOCIATES**

7

8

By_____

9

      **GREGORY L. WILDE, ESQ.**

Attorney for Secured Creditor

10

208 South Jones Boulevard
Las Vegas, Nevada 89107

11

12

APPROVED / DISAPPROVED

13

_____

14

Jeffrey A. Cogan
3990 Vegas Drive

15

Las Vegas, NV 89108
Attorney for Debtor(s)

16

17

18

APPROVED / DISAPPROVED

19

_____

20

Rick A. Yarnall
701 Bridger Avenue #820

21

Las Vegas, NV 89101
Chapter 13 Trustee

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x___ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor